IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARJORIE KNOLLER,

    Petitioner,

  v.

WALTER MILLER, Warden, Valley State Prison for Women,

    Respondent.

No. C 12-00996 WHA

**ORDER TO SHOW CAUSE**

Respondent was ordered to file an answer to the petition for writ of habeas corpus by June 18, 2012. None was filed. Respondent is **ORDERED TO SHOW CAUSE** why it has failed to timely file an answer in accordance with the order dated April 18, 2012. A written response to this order must by filed by **JUNE 25, 2012**.

**IT IS SO ORDERED.**

Dated: June 19, 2012

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE